FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED ENERGY WORKERS HEALTHCARE,<br><br>    Plaintiff/Counter Defendant,<br><br>    v.<br><br>VALERIE THELANDER, an individual; KRYSTAL VANBUSKIRK, an individual; DANIELLE WOLFE, an individual; ATLANTIC HOME HEALTH CARE, LLC, d/b/a Haven Home Health,<br><br>    Defendants/Counter Claimants. | NO: 4:19-CV-5283-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 64. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 64**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 8, 2021.

                      *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                        United States District Judge